UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>         Plaintiff,<br><br>   vs.<br><br>PAM AHLIN, et al.,<br><br>         Defendants. | 1:10-cv-00585-EPG-PC<br><br>ORDER REQUESTING CLARIFICATION FROM PLAINTIFF<br><br>THIRTY DAY DEADLINE TO RESPOND |

This order is being issued for Plaintiff to clarify whether he intended to omit Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California as defendants in this case when he filed the Second Amended Complaint. Plaintiff shall have thirty days to respond.

**I.    BACKGROUND**

Dougal Samuels ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 5, 2010. (ECF No. 1.) On November 2, 2012, Plaintiff filed the First Amended Complaint. (ECF No. 15.) On October 1, 2014, the Court found that Plaintiff stated cognizable claims in the First Amended Complaint against defendants Pam Ahlin, Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California, on Plaintiff's safe-conditions claim under the Due Process Clause. (ECF No. 24.)

On June 25, 2015, Plaintiff requested leave to file a Second Amended Complaint to identify the Doe Defendants. (ECF No. 31.) On October 9, 2015, the Court granted Plaintiff leave to file a Second Amended Complaint for the limited purpose of identifying the Doe

1

Defendants.  (ECF No. 32.)  On December 2, 2015, Plaintiff filed the Second Amended Complaint.  (ECF No. 36.)

## II. SECOND AMENDED COMPLAINT

Plaintiff names eleven defendants in the Second Amended Complaint: Pam Ahlin, Audrey King, Brandon Price, Robert Withrow, Karin Hundal, Ron Howard, Peter Bresler, Cynthia A. Radavsky, Orange County Public Defender's Office, Office of Patient's Rights, and the California Department of Corrections and Rehabilitation.

Notably, the Second Amended Complaint does not name three of the defendants that were named in the First Amended Complaint and against whom the Court found cognizable claims under the Due Process Clause.  (See Court's Order, ECF No. 24.)  The three defendants omitted from the Second Amended Complaint are Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California. The Court requests clarification from Plaintiff of his intentions.[1]

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall respond in writing to this order, clarifying whether he intended to remove defendants Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California from this case when he filed the Second Amended Complaint.

IT IS SO ORDERED.

Dated:   **May 16, 2016**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was informed in the Court's order of October 9, 2015 that "an amended complaint supercedes the original complaint . . , and it must be complete in itself without reference to the prior or superceded pleading.  Local Rule 220.  Once an amended complaint is filed, the original complaint no longer serves any function in the case." (ECF No. 32 at 4:15-18.)  Accordingly, Plaintiff's Second Amended Complaint, which does not include defendants Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California, is now the operative complaint for this case.