UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>           Plaintiff,<br><br>     v.<br><br>PAM AHLIN, et al.,<br><br>           Defendants. | 1:10-cv-00585-EPG-PC<br><br>ORDER GRANTING PLAINTIFF LEAVE TO FILE A THIRD AMENDED COMPLAINT INCLUDING ALL OF HIS CLAIMS AND DEFENDANTS, WITHIN THIRTY DAYS |

Plaintiff Dougal Samuels ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on April 5, 2010. (ECF No. 1.)[1] On November 2, 2012, Plaintiff filed the First Amended Complaint. (ECF No. 15.) On October 1, 2014, the Court issued an order finding that Plaintiff stated cognizable claims in the First Amended Complaint against defendants Pam Ahlin, Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California, on Plaintiff's safe-conditions claim under the Due Process Clause. (ECF No. 24.)

---

[1] On April 14, 2010, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (ECF No. 7.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On June 25, 2015, Plaintiff requested leave to file a Second Amended Complaint to identify the Doe Defendants. (ECF No. 31.) On October 9, 2015, the Court granted Plaintiff leave to file a Second Amended Complaint for the limited purpose of identifying the Doe Defendants. (ECF No. 32.) On December 2, 2015, Plaintiff filed the Second Amended Complaint. (ECF No. 36.)

The Court reviewed the Second Amended Complaint and found that Plaintiff had named the Doe Defendants, but had also omitted three of the defendants that were named in the First Amended Complaint and against whom the Court found cognizable claims under the Due Process Clause, namely defendants Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California. On May 17, 2016, the Court issued an order for Plaintiff to clarify whether he intended to remove the three defendants from this case. (ECF No. 37.)

On June 3, 2016, Plaintiff notified the Court that he did not intend to remove defendants Stephen Mayberg, Fresno County Board of Supervisors, and the Governor of California as defendants in this case, and he wishes to proceed against those three defendants and also all of the defendants named in the Second Amended Complaint. Plaintiff requests the Court to combine all of his defendants in the complaint.

To proceed against all of his defendants and claims, Plaintiff must file a new complaint which includes all of the defendants and claims and is complete in itself.[2] Plaintiff shall be granted leave to file a Third Amended Complaint for this purpose, within thirty days, if he so wishes. The amended complaint should be clearly and boldly titled "Fourth Amended Complaint," refer to the appropriate case number, and be an original signed under penalty of perjury.

Based on the foregoing, it is **HEREBY ORDERED** that:

1. The Clerk's Office shall send Plaintiff a civil rights complaint form;

///

---

[2] An amended complaint supercedes the original complaint, Lacey v. Maricopa County, 693 F 3d. 896, 907 n.1 (9th Cir. 2012) (*en banc*), and it must be complete in itself without reference to the prior or superceded pleading, Local Rule 220. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

2. Plaintiff may file a Third Amended Complaint including all of the defendants he wishes to proceed against in this action, and the claims against them, within **thirty (30) days** from the date of service of this order;

3. If Plaintiff chooses to file an amended complaint, Plaintiff shall caption the amended complaint "Third Amended Complaint" and refer to the case number 1:10-cv-00585-EPG-PC; and

4. If Plaintiff fails to file a Third Amended Complaint within 30 days, the Court shall go forward with the Second Amended Complaint as filed.

IT IS SO ORDERED.

Dated:   **June 13, 2016**                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE