UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　　Defendants. | 1:10-cv-00585-DAD-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION TO ATTACH PAGE TO OPPOSITION<br>(ECF NO. 59) |

Dougal Samuels ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 1, 2017, Plaintiff filed his opposition to a pending motion to dismiss. (ECF No. 58). On March 3, 2017, Plaintiff filed this motion to attach a page to the opposition ("the Motion"). (ECF No. 59).

In the Motion, Plaintiff essentially states that he filed a copy of his opposition to the motion to dismiss that was not signed under penalty of perjury. Plaintiff attaches page eleven of his opposition (which is signed under penalty of perjury), and asks the Court to attach this signature page to the opposition.

The Court will not attach the updated signature page to the opposition. However, because it appears that Plaintiff has signed the opposition under penalty of perjury, the Court will treat the opposition as being signed under penalty of perjury.

1

Accordingly, IT IS ORDERED that the Motion is granted in part. Plaintiff's request for the Court to attach the updated signature page to the opposition is DENIED. However, the Court will treat the opposition (ECF No. 58) as being signed under penalty of perjury.

IT IS SO ORDERED.

Dated: **March 6, 2017**            /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE