UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGAL SAMUELS,

          Plaintiff,

      v.

PAM AHLIN, et al.,

          Defendants.

1:10-cv-00585-DAD-EPG (PC)

ORDER GRANTING EXTENSION OF TIME TO FILE REPLY
(ECF. NO. 61)

On March 7, 2017, Plaintiff and defendants Ahlin, Mayberg, King, Price, Withrow, Hundal, Howard, Radavasky, and Schwarznegger ("State Defendants") entered into a stipulation, giving the State Defendants until April 10, 2017, to file a reply to Plaintiff's opposition to the State Defendants' motion to dismiss.  The Court will approve the stipulation.  However, the Court notes that extensions of time based on demands of other cases are disfavored because counsel is presumed to have sufficient resources to address the cases where she serves as counsel.

Accordingly, IT IS ORDERED that the State Defendants' reply to Plaintiff's opposition to the State Defendants' motion to dismiss is due on April 10, 2017.  No further extensions of this date will be granted.

IT IS SO ORDERED.

Dated:   __**March 8, 2017**__         /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28