UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | 1:10-cv-00585-DAD-EPG<br><br>ORDER SETTING HEARING ON COUNTY OF FRESNO'S MOTION TO QUASH<br><br>(ECF No. 53) |

Dougal Samuels ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On January 20, 2017, County of Fresno filed a motion to quash service of process or to dismiss plaintiff's action in the alternative. (ECF No. 53). The Court finds that a hearing on the motion to quash would be helpful. Accordingly, the Court will set a hearing on County of Fresno's motion to quash.

In accordance with the above, IT IS HEREBY ORDERED that:

1. A hearing on County of Fresno's motion to quash is set before Magistrate Judge Erica P. Grosjean on April 14, 2017, at 2:00 p.m. at the Robert E. Coyle Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721 in Courtroom #10; and

2. Plaintiff must appear telephonically. The County of Fresno may either appear in person or by telephone. All other parties are not required to attended, but may appear as desired, by person or by telephone. The hearing will deal only with County of

Fresno's motion to quash. To appear telephonically, the parties are directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **March 24, 2017**                            /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE