# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>      Plaintiff,<br><br>  v.<br><br>PAM AHLIN, et al.,<br><br>      Defendants. | Case No. 1:10-cv-00585-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF NO. 75)<br><br>THIRTY DAY DEADLINE |

      Dougal Samuels ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 24, 2017, the Court issued findings and recommendations, recommending that Plaintiff's section 1983 claim against Fresno County Board of Supervisors be dismissed, and that the County of Fresno's motion to quash service of process be granted. (ECF No. 74).

      On August 7, 2017, Plaintiff filed objections to the findings and recommendations, and a request "for an extension of time in order to make proper service of defendants Fresno County Board of Supervisor." (ECF No. 75).[1] Plaintiff asks for thirty days so that he can identify the individual members of the Fresno County Board of Supervisors and substitute them in place of the Fresno County Board of Supervisors.

      The Court will grant Plaintiff thirty days to file additional objections to the findings and recommendations. In his objections, Plaintiff may identify the defendants he wants to

---

[1] Based on Plaintiff's objections, it appears that Plaintiff may believe that the Court found that substituting the County of Fresno in place of the Fresno County Board of Supervisors would be improper. The Court did not make this finding.

1

substitute into the case, and request that he be allowed to substitute them into the case. The County of Fresno will be given seven days from the date the objections are filed in CM/ECF to serve and file a reply to the objections.

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to file additional objections to the findings and recommendations. The County of Fresno has seven days from the date the objections are filed in CM/ECF to serve and file a reply to the objections.

IT IS SO ORDERED.

Dated: **August 9, 2017**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE