UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>    Plaintiff,<br><br>v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00585-DAD-EPG (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO COUNTY DEFENDANTS' REQUEST FOR BRIEF EXTENSION OF TIME TO FILE ANSWER<br><br>(ECF NO. 108) |

On October 15, 2018, the County Defendants filed a motion for an extension of time in which to file their answer. (ECF No. 106). As there is a pending motion for reconsideration of the order denying their motion to dismiss, the County Defendants asked that they be given five days from the date of the Court's ruling on the motion for reconsideration to file their answer, unless a different time frame is stated in the ruling.

On October 17, 2018, the Court granted the County Defendants' request. (ECF No. 107).

On October 25, 2018, Plaintiff filed objections to the County Defendants' Request. (ECF No. 108). Plaintiff appears to argue that the request is moot because his request for an extension of time to object to the findings and recommendations was denied. However, the County Defendants' request for an extension of time to file their answer is not related to Plaintiff's request for an extension of time to respond to objections that were already overruled. Thus, the County Defendants' request for an extension is not moot.

1

Plaintiff also argues that the County Defendants should not be allowed to request reconsideration of District Judge Dale A. Drozd's order denying the County Defendants' motion to dismiss. However, the request for an extension of time relates to when the County Defendants must file their answer. The legal issue regarding whether reconsideration is proper is before Judge Drozd in the motion for reconsideration.

Accordingly, IT IS ORDERED that Plaintiff's objections to the County Defendants' request for an extension of time are OVERRULED.

IT IS SO ORDERED.

Dated: **October 26, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE