# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>       Plaintiff,<br><br>   v.<br><br>PAM AHLIN, et al.,<br><br>       Defendants. | Case No. 1:10-cv-00585-DAD-EPG (PC)<br><br>ORDER FOR STATE DEFENDANTS TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER THEIR DEFAULT<br><br>(ECF NO. 102)<br><br>FOURTEEN-DAY DEADLINE |

The State Defendants' answer was due twenty-one days from September 28, 2018. (ECF No. 102, p. 6). The deadline for the State Defendants to file their answer has passed, and the State Defendants have failed to file their answer.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, the State Defendants shall show cause why the Court should not enter their default. The Court notes that if the State Defendants file their answer within the fourteen-day period the Court will vacate this order to show cause.

IT IS SO ORDERED.

Dated:   **October 30, 2018**

                               /s/ Erica P. Grosjean

                        UNITED STATES MAGISTRATE JUDGE