# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS,<br><br>        Plaintiff,<br><br>   v.<br><br>PAM AHLIN, et al.,<br><br>        Defendants. | Case No. 1:10-cv-00585-DAD-EPG (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF NO. 110) |

      The State Defendants' answer was due twenty-one days from September 28, 2018. (ECF No. 102, p. 6). The deadline for the State Defendants to file their answer passed, and the State Defendants failed to file their answer. Thus, on October 30, 2018, the Court issued an order to show cause, giving the State Defendants until November 13, 2018, to show cause why the Court should not enter their default. (ECF No. 110). The Court noted that if the State Defendants filed their answer by November 13, 2018, the Court would vacate the order to show cause. (Id.).

      The State Defendants filed their answer on November 13, 2018. (ECF No. 114). Accordingly, IT IS ORDERED that the order to show cause entered on October 30, 2018, is DISCHARGED.

IT IS SO ORDERED.

Dated: **November 14, 2018**                /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE