UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGAL SAMUELS, | Case No. 1:10-cv-00585-DAD-EPG (PC) |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO TERMINATE COUNTY DEFENDANTS |
| v. | |
| PAM AHLIN, et al., | (ECF NOS. 140 & 142) |
| Defendants. | |

The parties filed a stipulation dismissing the County Defendants (defendants Borgeas, Maqsiq,[1] Mendes, Pacheco, and Quintero) with prejudice. (ECF Nos. 140 & 142). In light of the parties' stipulation, the County Defendants have been dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is directed to terminate defendants Borgeas, Maqsiq, Mendes, Pacheco, and Quintero on the Court's docket.

IT IS SO ORDERED.

Dated: __October 7, 2019__        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] According to counsel for the County Defendants, the proper spelling of this name is "Magsig." (See ECF No. 91, p. 1).

1